```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SCOTT SCHRADER,

                          Plaintiff,                      **ORDER**

       - against -                     22 Civ. 09442 (NSR)

MAYBROOK ENGINE COMPANY NO. 1, INC.,
MAYBROOK FIRE DISTRICT, FIRE
COMMISSIONERS MATT THORPE, ERIC
SCHOLZ, and GARY ANDERSON,

                        Defendant.

----------------------------------------------------------------X

Román, D.J.:

        The Court waives the Initial Pre-trial Conference and directs the parties to jointly complete a Case Management Plan and Scheduling Order (blank form attached hereto). Said Scheduling Order shall be filed by February 2, 2023. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

                                                            SO ORDERED.

Dated:     January 12, 2023
               White Plains, NY

                                                    Nelson S. Román, U.S.D.J.