# SUSSMAN & GOLDMAN

### ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**
**Jonathan R. Goldman**

**(845) 294-3991 [Tel]**
**(845) 294-1623 [Fax]**
**info@susman.law**

**Of Counsel**
**Christopher D. Watkins**
**Mary Jo Whateley**

*MEMO ENDORSED* 

February 9, 2024

Honorable Nelson S. Roman
USDC – SDNY
300 Quarropas Street
White Plains, NY 10601

Re: *Schrader v. Maybrook Engine Co. #1, 22 cv 06442 (NSR)*

Dear Judge Roman,

I represent plaintiff in the within matter. On January 16, 2024, on consent, I submitted a civil case discovery plan and scheduling order. To this date, Your Honor has not signed it either in the form submitted or with dates acceptable to the Court. I am respectfully requesting that the court review and approve that proposed order or amend it in a manner acceptable to Your Honor. Thank you for your consideration in this regard.

Respectfully submitted,

Michael H. Sussman

cc: Ms. Raimondi, Esq. for defendant by ECF

**Application GRANTED. The Clerk of Court is requested to terminate the motion at ECF No. 27.**
**Dated: White Plains, NY**
**March 12, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/12/2024__