**MEMO ENDORSED**

# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898

Gregory R. Bennett | Partner | GBennett@tlsslaw.com

> In light of the extension of the discovery deadlines, Defts' request to adjourn the Status Teleconf is GRANTED with Pltf's consent. The Status teleconf. is adjourned from Sept. 20, 2024 to Jan. 10, 2025 at 11:00 am. The parties are directed to this Court's Order at ECF No. 30 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 46.
> Dated: September 9, 2024
> White Plains, NY
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

August 20, 2024

The Honorable Nelson S. Roman
U.S. District Judge – S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

Re:   *Schrader v. Maybrook Engine Company No. 1, Inc. et al.*
      Civil Action No.: 7:22-cv-09442 (NSR) (JCM)

Dear Judge Roman:

For the reasons explained herein, we are writing, in accordance with the guidance of Magistrate Judge McCarthy and with the consent of Plaintiff's counsel, to request an adjournment of the September 20, 2024 conference presently scheduled before the Court.

On March 12, 2024, the Court scheduled a telephonic status conference with Your Honor to be held on September 20, 2024 (ECF Doc. 30).

On August 12, following a status conference before Magistrate Judge McCarthy, the Court entered an amended scheduling order (Aug. 12, 2024 Docket Entry). As part of that amended scheduling order, the Court scheduled a telephonic status for September 30, 2024. Accordingly, Magistrate Judge McCarthy asked counsel to formally seek an adjournment of the September 20, 2024 conference before Your Honor.

In light of the foregoing, Defendants respectfully ask that the Court adjourn the September 20, 2024 conference to an alternative date in the future that is convenient for the Court, taking the amended scheduling order into account.

We appreciate the Court's consideration of the instant request.

Very truly yours,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Gregory R. Bennett*

Gregory R. Bennett

cc:   Michael Sussman, Esq. (via ECF only)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/09/2024

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT

www.traublieberman.com