**MEMO ENDORSED**

# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898

Gregory R. Bennett | Partner | GBennett@tlsslaw.com

January 8, 2025

The Honorable Nelson S. Roman
U.S. District Judge – S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

      Re:    *Schrader v. Maybrook Engine Company No. 1, Inc. et al.*
              Civil Action No.: 7:22-cv-09442 (NSR) (JCM)

Dear Judge Roman:

      This office represents Defendants in the captioned action. For the reasons explained herein, we are writing, in accordance with the guidance of Magistrate Judge McCarthy and with the consent of Plaintiff's counsel, to request an adjournment of the January 8, 2025 conference presently scheduled before the Court.

      Following the Court's scheduling of a status conference for January 8, 2025 (ECF #49), Magistrate Judge McCarthy extended certain discovery-related deadlines at Defendants' request (ECF #s 51, 53 and 55). At this time, the deadline for the parties to complete all discovery is January 20, 2025 (*see* Tel. Conf. Entries on May 3 and August 12, 2024).

      In light of the status of discovery, Defendants – with the consent of Plaintiff – respectfully ask that the Court adjourn the January 8, 2025 conference to an alternative date in the future that is convenient for the Court, taking the discovery deadline into account.

      We appreciate the Court's consideration of the instant request.

                Very truly yours,

                TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                *Gregory R. Bennett*
                Gregory R. Bennett

cc:    Michael Sussman, Esq. (via ECF only)

---

**Memo Endorsement:**

In light of the extension of the discovery deadlines, Pltf's request to adjourn the Jan. 10, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned until Feb. 28, 2025 at 12:00 noon. To access the Webex Teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 ; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court is requested to terminate the motion at ECF No. 58.

Dated: White Plains, NY
       January 10, 2025

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
www.traublieberman.com   CONNECTICUT