UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SCHRADER,

                    Plaintiff(s),         **ADJOURNMENT ORDER**

    - against -

                                                 22 Civ. 9442 (NSR)

MAYBROOK ENGINE COMPANY NO. 1, INC., et al.,

                    Defendant(s).
--------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on April 3, 2025 before United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of ongoing discovery issues before United States Magistrate Judge McCarthy.

Counsel are directed to file pre-motion letters seeking leave to file a dispositive motion within ten (10) days of the completion of discovery. Responses thereto shall be filed three (3) days thereafter. Courtesy copies shall be emailed to chambers.

Alternatively, if counsel jointly decide to not seek leave to file dispositive motions, counsel shall notify the Court in writing and request the Court schedule a Pretrial Teleconference.

SO ORDERED.

Dated: White Plains, New York
       March 31, 2025

Hon. Nelson S. Román, U.S.D.J.