# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898
Gregory R. Bennett | Partner | GBennett@tlsslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/10/2025
```

April 7, 2025

**Via ECF Only**

The Honorable Nelson S. Roman
District Judge
U.S. District Court - S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

      Re:    *Schrader v. Maybrook Engine Co. No. 1, Inc. et al.*
              Civil Action No.: 7:22-cv-09442 (NSR) (JCM)

Dear Judge Roman:

**MEMO ENDORSED**

As the Court is aware, the undersigned represents all Defendants in the captioned action. Defendants write, with the consent of Plaintiff's counsel, seeking a brief extension of the time to file a pre-motion letter seeking a conference concerning their anticipated summary judgment motion, up to and including April 21, 2025.

On March 31, 2025 the Court entered an Order requiring any party who intends to file a dispositive motion to file a pre-motion letter seeking a conference concerning such motion on or before April 14, 2025 (ECF Doc. No. #68).

On April 5, 2025, the undersigned left for a work trip abroad, returning April 13, 2025. As a result of this trip, the undersigned has a very limited amount of time in the coming week to dedicate towards preparing a comprehensive pre-motion letter to aid the Court and Plaintiff in evaluating the forthcoming dispositive motion from Defendants. In addition, the undersigned will be unable to communicate with Defendants effectively due to the time differential. In light of the foregoing, Defendants respectfully request that the Court extend the deadline to file pre-motion letters concerning a dispositive motion, up to and including April 21, 2025. Plaintiff consents to this request

Defendants appreciate the Court's consideration of the instant request.

                        Very truly yours,
                        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                        *Gregory Bennett*
                        Gregory R. Bennett

cc:   Michael Sussman, Esq. (via ECF only)

**The Court GRANTS Defendants' consented-to request to extend the deadline to file pre-motion letters concerning a dispositive motion by April 21, 2025. The Clerk of Court is kindly requested to terminate the motion of ECF No. 70.**

SO ORDERED:

**Dated: April 10, 2025**
**White Plains, New York**

_____
NELSON S. ROMÁN
United States District Judge

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT

www.traublieberman.com