# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898
Gregory R. Bennett | Partner | GBennett@tlsslaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/06/2025
```

**MEMO ENDORSED**

June 5, 2025

*Via ECF Only*

The Honorable Nelson S. Roman
U.S. District Court - S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

      Re:   *Schrader v. Maybrook Engine Co. No. 1, Inc. et al.*
              Civil Action No.: 7:22-cv-09442 (NSR) (JCM)

Dear Judge Roman:

    The undersigned represents all Defendants in the captioned action. In accordance with Section 1(E) of Your Honor's Individual Practices in Civil Cases and the Court's April 29, 2025 Order (ECF No. 75), Defendants write to respectfully request a slight modification of the briefing schedule governing their anticipated summary judgment motion, as set forth below. Plaintiff's counsel consents to the request.

    On April 29, 2025, the Court entered an Order requiring Defendants to serve their summary judgment motion by June 13, 2025. Plaintiff's opposition was due to be served on July 14, 2025, with Defendants' reply due for service (and the filing of all papers) by July 29, 2025. Through this application, Defendants seek to modify the foregoing briefing schedule so that Defendants' deadline for serving their moving papers is pushed back one week, to June 20, 2025, with Plaintiff's opposition due on July 28, 2025, and Defendants' reply (and the filing of all papers) on August 12, 2025. This is Defendants' first request to modify the briefing schedule, and it is prompted by the undersigned's schedule involving other pending legal matters, along with interruptions posed by vacation schedules of the undersigned and certain clients in other matters.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            *Gregory R. Bennett*
                                            Gregory R. Bennett

    cc:   Michael Sussman, Esq. (via ECF only)

---

**The Court GRANTS Defendants' request for an extension to the existing briefing schedule for Defendants' proposed Motion for Summary Judgment. The modified briefing schedule shall be as follows:**
**(1) Defendants' motion papers shall be served (not filed) on June 20, 2025,**
**(2) Plaintiff's opposition shall be served (not filed) on July 28, 2025, and**
**(3) Defendants' reply shall be filed on August 12, 2025.**
**The parties are directed to file all motion documents on the reply date, August 12, 2025. The parties are further directed to mail two physical copies and email an electronic copy to Chambers of motion documents as they are served.**

**Dated: June 6, 2025**
**White Plains, New York**

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge

www.traublieberman.com