```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/29/2025
```

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

SCOTT SCHRADER

                      Plaintiff,                  **ORDER**

                      - against -                7:22-cv-09442-NSR

MAYBROOK ENGINE COMPANY NO. 1, INC. et al.

                      Defendants.

-------------------------------------------------------

Román, D.J.:

    The Court having been informed that the the court-ordered mediation in this case was held and agreement was reached on all issues, it is hereby

    ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. Clerk of Court is requested to terminate the motion at ECF No. 82.

Dated:    August 29, 2025 White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.